THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SARAH ELAINE BROWN, <br><br> Defendant. | NO. CR17-127-JLR <br><br> ORDER GRANTING DEFENDANT'S OBJECTION TO FORWARDING OF PASSPORT TO DEPARTMENT OF STATE AND UNOPPOSED MOTION FOR RETURN TO DEFENSE COUNSEL <br><br> ~~(PROPOSED)~~ |

THIS MATTER having come before the Court on the defendant's Unopposed Motion for Return of Passport to the Defendant, the Court having reviewed the motion and the records and files herein,

IT IS NOW THEREFORE ORDERED that the Clerk of the Court is directed to release Ms. Brown's passport and deliver it to Assistant Federal Public Defender Gregory Geist, Federal Public Defender's Office, 1601 Fifth Ave, Suite 700, Seattle, WA 98101, or allow counsel from the Federal Public Defender's Office to pick it up.

DATED this 1st day of November, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by,

s/ Gregory Geist
Assistant Federal Public Defender
Attorney for Sarah Elaine Brown

ORDER GRANTING DEFENDANT'S
OBJECTION TO FORWARDING OF
PASSPORT TO DEPT OF STATE
& UNOPPOSED MOTION FOR RETURN
TO DEFENSE COUNSEL - 1
(Sarah Brown; CR17-127JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100